UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cr-20460-PCH

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a "CARLOS EMILIO
OBREGON CORTES,"

    Defendant.

_____/

### ORDER ADOPTING AND AFFIRMING R&R AND
### ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report

and Recommendation ("R&R") on Change of Plea [ECF No. 25], which was entered on March 2,

2026.  In the R&R, Judge Louis found that the Defendant John Doe, a/k/a "Carlos Emilio Obregon

Cortes,"[1] freely and voluntarily entered a plea of guilty as to Counts 1 and 2 of the Indictment,

which charge him with Theft of Government Funds, in violation of Title 18, United States Code,

Section 641; Count 3, which charges him with falsely representing a social security number, in

violation of Title 42, U.S.C. Section 408(a)(7)(B); Count 4, which charges him with Health Care

Fraud in violation of Title 18, United States Code, Section 1347; and Count 5, which charges him

with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(a)(1).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that

Defendant be adjudicated guilty of Counts 1, 2, 3, 4, and 5, and that a sentencing hearing be

conducted for final disposition of this matter. The Court has reviewed Judge Louis' R&R, no

---

[1] At the hearing on his change of plea, Defendant stated under oath that his name is Juan Francisco
De La Cruz Mejia, R&R at 1 n.1, which is the name that appears with his signature on the Factual
Proffer, ECF No. 24.

objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts 1, 2, 3, 4, and 5 of the Indictment; and (3) a sentencing hearing is set for **Monday, June 1, 2026 at 11:00 a.m.,** before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on March 9, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record

2