**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-CR-20460-HUCK/LOUIS**

**UNITED STATES OF AMERICA**

**v.**

**JOHN DOE, a/k/a "CARLOS EMILIO
OBREGON CORTES,"**

    **Defendant.**

                                                   /

**NOTICE OF FILING VICTIM IMPACT STATEMENT**

        The United States of America, by and through its undersigned Special Assistant United States Attorney, hereby gives notice of filing the Victim Impact Statement of the Social Security Administration (SSA) in the above-captioned matter. The attached statement from the SSA outlines the operational, systemic, and financial impact resulting from the defendant's criminal conduct. It is respectfully submitted for the Court's review and consideration in anticipation of sentencing.

                                        Respectfully submitted,

                                        JASON A. REDING QUIÑONES
                                        UNITED STATES ATTORNEY

Date:  6/2/2026              By:  s/ Nikole Hiciano
                                  Nikole Hiciano
                                  Special Assistant United States Attorney
                                  Florida Bar No. 844411
                                  U.S. Attorney's Office
                                  500 East Broward Blvd., Suite 700
                                  Fort Lauderdale, Florida 33394
                                  Tel.: 954-660-5153
                                  Email: Nikole.hiciano.oneil@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s   Nikole Hiciano
Special Assistant United States Attorney



# SOCIAL SECURITY

May 27, 2026

The Honorable Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, FL  33128

Re:  *United States v. John Doe, a/k/a "Carlos Emilio Obregon Cortes* 1:25-cr-20460

Dear Judge Huck:

The Social Security Administration (SSA) operates the largest program in the entire federal government, paying nearly $1.6 trillion in benefits to 70 million beneficiaries last year. The population that SSA serves are among the most vulnerable in our community, including the elderly, disabled, and their survivors—many of whom rely on unique Social Security Numbers (SSN) as essential identifiers to handle financial transactions and access vital government services.

To fulfill this mission, SSA operates over 1,200 local field offices nationwide. Our staff are responsible for maintaining the integrity of the Social Security Disability Insurance program and supporting the administration of Medicare benefits. The public must be confident that their sensitive information is secure and that the funds they have contributed throughout their working lives are protected.

The urgency of protecting these funds is heightened by the program's challenging financial outlook. Current projections from the 2025 Social Security Trustees Report indicate that the trust funds are facing a significant long-term shortfall, with the combined reserves potentially depleted as early as 2033. At that point, the program would only be able to pay a portion of scheduled benefits. Fraudulent schemes, such as the one committed by the defendant, exacerbate this crisis by depleting reserves intended for legitimate beneficiaries who have earned these benefits through years of work.

Beyond the direct loss of benefit funds, the investigation of this multi-year scheme required a significant expenditure of government resources. Special Agents spent hours meticulously tracing the defendant's fraudulent applications, verifying medical billing records totaling $3.4 million, and reviewing documents to uncover the full scope of the identity theft. The administrative cost to the government, including the investigative hours and the resources required to rectify the victim's compromised records, represents an additional financial burden on taxpayers that cannot be recovered.

When an individual abuses the Social Security system, it is a violation of the basic trust between citizens and their government. This defendant, Juan Francisco De la Cruz Mejia, knowingly exploited the identity of another person to obtain benefits to which he was not entitled.

Page 2 – The Honorable Paul C. Huck

By using a stolen name and SSN, he successfully applied for Title II disability benefits, which provide monthly payments to those who are unable to work due to a disability. As a direct result of his actions, the Social Security program paid him $105,057.90.

Criminal conduct like Mr. Mejia's adversely affects the confidence of the American people in these critical safety nets. It diverts limited resources from those truly in need and creates significant administrative and personal burdens to rectify the theft of a victim's identity.

Thank you for allowing me the opportunity to address the Court. It is my hope that your sentence of the defendant reflects the seriousness of this multi-year scheme, the breach of public trust, and the significant financial impact on these essential federal programs.

Sincerely,

.

Chad Poist
Chief Risk Officer