Destiny Maiysha Plasencia Reynoso

04/20/2026

The Honorable Paul C. Huck
Miami Federal Courthouse
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

I am writing in support of my uncle, JK, and to share how he has influenced my life from childhood to now.

Some of my earliest memories include him being present during important moments in my life. I remember my sixth birthday clearly, and how much effort he put into making that day feel special for me. That is something that has always stood out—his willingness to show up and make people feel cared for.

As I grew up, I went through difficult times, and he was someone I could rely on. He had a way of understanding me when I felt misunderstood, and he always took the time to listen. That support helped me get through challenging moments and shaped how I handle situations in my life today.

Over time, he became more than just an uncle to me. He took on responsibilities and provided support in ways that went beyond what was expected. He made sure I was okay and consistently showed that he cared through his actions.

He also taught me important values, not just through advice, but through how he treated others—with patience, respect, and kindness. Those lessons have stayed with me and continue to guide me.

I am aware of his conviction and understand its seriousness. However, based on my experiences, I do not believe it defines who he is as a person. I have seen the positive impact he has had on my life and the lives of others.

I respectfully ask the Court to consider his character and the role he has played in our family. I believe he deserves compassion and the opportunity to move forward in a better direction.

Thank you for your time and consideration.

Respectfully,
Destiny Maiysha Plasencia Reynoso

Juan Plasencia


04/20/2026

The Honorable Paul C. Huck
Miami Federal Courthouse
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

I am writing to share my perspective on JK, who is my uncle and someone who has had a lasting influence on my life.

During my childhood, my mother worked long hours, and my uncle became one of the main people who helped guide me and my siblings. He was always present when we needed someone to rely on, and I grew up seeing him as more than just family. He was someone I trusted and respected.

As I got older, I found myself turning to him for advice, especially during times when I was trying to figure things out in my own life. What stood out about him was his ability to listen without judgment. He made it easy to open up, and that helped me gain confidence in myself and the decisions I made.

He also showed me the importance of discipline and consistency. I remember a time when I wanted to improve my health, and I saw how committed he was to taking care of himself despite dealing with his own medical challenges. That motivated me to take my goals seriously, and he supported me every step of the way.

My uncle has always been someone who teaches through his actions. He took the time to show me practical skills like fixing electronics, but more importantly, he showed me how to carry myself with responsibility. At the same time, he knew how to connect with us on a personal level, whether it was through simple moments like playing video games or just spending time together.

There was also a moment in my life when I was upset and ready to make a bad decision by

leaving home after an argument. He stepped in and spoke to me calmly, helping me understand the situation from a different perspective. Because of that conversation, I was able to reflect, go back, and make things right. That moment stayed with me because he didn't just comfort me—he guided me toward doing what was right.

He has always been someone who checks in, who cares, and who wants to see others do well. His patience and sense of humor are things that have always made people feel comfortable around him.

I have also seen him go through serious health struggles, including a kidney transplant. Those experiences were not easy, and they showed me how strong and resilient he is. It is difficult to see him facing this situation now, knowing everything he has already endured.

I understand the seriousness of his conviction, and I respect the Court's role in this matter. At the same time, I believe that his actions do not fully represent the person I have known throughout my life. I believe he is capable of growth, reflection, and making better choices moving forward.

I respectfully ask that you consider his character, the role he has played in my life, and the positive influence he has had on those around him. I truly believe he deserves compassion and the opportunity to move forward in a better direction.

Thank you for your time and consideration.

Respectfully,

Juan Plasencia

Dear Judge Huck:

I am writing to you with due respect for the purpose of offering a statement of support and a personal reference on behalf of Carlos Emilio Obregon Cortes, who is scheduled to be sentenced before your court. To begin, allow me to introduce myself. My name is Sorange Reynoso, and I am currently a full-time college student pursuing a degree in nursing. I have known Carlos all of my life, as our relationship is that of a niece and an uncle. We have always shared a very tight bond and have been very much family-oriented. Throughout my life, I have had the opportunity to know him closely and witness his true character.
I wish to frankly state that I consider Carlos to be a deeply good person with a strong sense of morality and integrity. He has always been a law-abiding citizen until this point, where he was put in a position where he had to choose to live, even if it meant breaking the law.

Carlos is a remarkably hard worker who has always put family first. He has consistently shown an excellent, dedicated attitude toward his family, prioritizing his two children and his stepchild, whom he took in and has raised since the child was just months old. He has never been a greedy person; instead, he is patient and always ready to give up what he has to help another. He receives help yet drivers a regular car, not a Mercedes... he's the type to make you hot chocolate when your cold and you are tired from a long day at work.. he's my favorite person when it comes to being able to talk.. He is simply not someone who looks for problems, instead he uplifts everyone and ultimately is the person who keeps the peace in situations. I have honestly never seen him angry even when dealt the cards he did in his life, always been a god fearing man who takes in whatever life throws at him with a joke and a smile to keep going.

To show his honorability, I would like to share specific examples of his character. He came here at 13 years old.. undocumented. The worst part he could of gotten his life together in that aspect, but he was simply scared. As anyone who doesn't carry any identification of legal status...it didn't matter to him, even if it was a convenient or easy way to get ahead; he would always rather work honestly for what he has. He was a delivery driver for a bodega in Brooklyn, then a chef at that same store. Those people miss him daily. On a personal level, he is someone who always makes time to help me whenever I face issues in school or in my personal life. Might be too much information for the court but he was the only one I could come to when I experienced a first time period and didn't know how to properly put on a sanitary towel, who was there? He was.

To express in words to you how much he means to me, Carlos comes from parents who have both passed away, and he is the youngest of three children, only two of whom are alive today. Because of the immense respect I have for his integrity as a man who has always lived a genuine life, I even went as far as researching if I could be a kidney donor for him. To me, he is worth more than an organ I have two of. This is the true nature of his ethical character.

I am not blind to the fact that Carlos has pleaded guilty to a felony. It is not my intention to question the court's decision or the legal process. However, despite this situation, I firmly maintain my conviction that this mistake does not define the entirety of who he is as a person. I know his true, honest nature, and I know he is an upright, honorable man. I am actively looking into legal aid and consulting with immigration lawyers to find paths to help him legally remain here and eventually become a citizen.

I plead with you to recognize that this offense was born out of a moment of sheer desperation, not out of malice, greed, or ambition. If he faces deportation, it would essentially be a death sentence; because of his underlying medical needs and the lack of resources in our country of origin, he simply will not survive there. I am doing everything in my power to find legal support to help secure a pardon or a way forward for him to stay with the family that love him, miss him and his jokes.

For all the reasons above, I respectfully ask that you consider Carlos with empathy and leniency when issuing your sentence, granting him an opportunity to correct his path and continue proving the man of integrity he truly is.

Thank you in advance for your time and the attention you give to this letter.

Sincerely,

Sorange Reynoso

Soribel Plasencia

04/20/2026

The Honorable Paul C. Huck
Miami Federal Courthouse
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Huck,

My name is Soribel Plasencia, and I am writing in support of JK, someone who has played a deeply important role in my life since I was a child.

Growing up, my mother worked long hours, and JK stepped in as more than just a family member, He became a father/big brother figure to me and my siblings. There was four of us, and he made sure we were cared for in every way. He would cook for us in the mornings and afternoons, making sure we were fed and okay. He worked hard in a factory and would also fix computers and televisions on the side, just so he could earn extra money to provide for us and buy us things that made us happy.

What stands out most is that he always put us first. He didn't have to do those things, but he chose to. I remember one Christmas when my mother was struggling financially. I was very young, but I will never forget the day JK showed up with a suitcase full of toys for all of us. That moment has stayed with me my entire life. As I've grown older, I understand the sacrifice behind that gesture that he worked hard and chose to spend his money on us instead of himself. That speaks volumes about the kind of person he is.

JK was also someone who taught us what it meant to be loved and respected. He treated us with kindness, honesty, and care. In an environment where honesty was not always common, he stood out as someone who always told the truth, even when we were young. He taught us how to value ourselves, how to respect ourselves, and how we should expect to be treated. For me, as a woman, that has had a lasting impact on my life.

There was never a time when he didn't show up for me or my siblings. Even as we grew older, he continued to be present in our lives. I remember visiting him in New York, and he would still cook for us and take care of us. He would even sleep on the couch or the floor just so we could have his bed. That is the kind of selfless person he has always been.

JK also suffered a stroke in the past, and after losing both of his parents, he experienced memory loss. During that time, he struggled to remember many things, including parts of his own identity. But what meant the most to me is that he still remembered moments of caring for us and the memories we shared. That shows how deeply those experiences were rooted in who he is as a person.

I understand that JK has been convicted of a serious offense, and I do not take that lightly. However, I truly believe that this does not define the man I have known my entire life or THE MAN I SEE TODAY! To me and my siblings, he has always been a protector, a provider, and one of the most honest and caring people we have ever known.

I respectfully ask the Court to consider his character, his lifelong actions toward others, and the positive impact he has had on my life and my family. He is someone who has given so much of himself to others, and I believe he deserves compassion and leniency.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,
Soribel Plasencia